```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 01025
   GINA HILLARD
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9928

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/17/2008 and was not confirmed.

     The case was dismissed without confirmation 02/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED         1344.72          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        11868.55          .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED        29512.51          .00            .00
COMMONWEALTH EDISON        UNSECURED         3786.76          .00            .00
PRO SE DEBTOR              DEBTOR ATTY          .00                          .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS               DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         --------------         --------------
TOTALS                       .00                     .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 05/23/08            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```